IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNY LYNN WARREN,

    Petitioner,           No. CIV S-10-2120 MCE EFB P

    vs.

DOMINGO URIBE, JR.,

    Respondent.        ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 14, 2011, respondent requested an extension of time to file and serve objections to the September 1, 2011 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's September 14, 2011 motion is granted in part. Respondent shall file and serve his objections on or before September 29, 2011.

DATED: September 15, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE