IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNY LYNN WARREN,

     Petitioner,                     No. CIV S-10-2120 MCE EFB P

    vs.

DOMINGO URIBE, JR.,

     Respondent.               <u>ORDER</u>

          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 11, 2012, the assigned district judge adopted the undersigned's findings and recommendations and denied respondent's motion to dismiss. Dckt. No. 33. Petitioner then filed a motion for clarification. Dckt. No. 34.

          It is hereby ORDERED that:

          1. Petitioner's motion for clarification is granted.

          2. Within 60 days of the date of this order, respondent shall file an answer to the petition. Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

////

1

3. Petitioner's reply, if any, to respondent's answer shall be filed and served within 30 days of service of the answer.

DATED: February 13, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE