UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KENNY LYNN WARREN, | No. 2:10-cv-2120-MCE-EFB P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| DOMINGO URIBE, JR., | |
| Respondent. | |

Petitioner is a state prisoner without counsel proceeding with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 26, 2013, judgment was entered and this case was closed. Subsequently, petitioner filed a motion for reconsideration of a previous order denying a discovery request (ECF No. 64), and a request for judicial notice of the nature of petitioner's gunshot wounds (ECF No. 65). Petitioner is advised that all documents filed since the closing date of this action will be disregarded and no orders will issue in response to future filings.

DATED: September 25, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE