UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY LYNN WARREN,<br><br>    Petitioner,<br><br>  v.<br><br>DOMINGO URIBE, JR.,<br><br>    Respondent. | No. 2:10-cv-2120-MCE-EFB P<br><br><br><br>ORDER |

This petition for writ of habeas corpus was denied on August 26, 2013, and judgment was entered accordingly. On August 28, 2014, petitioner filed a document entitled "Motion Under Rule 60(b)(3) Fraud Upon the Court." This filing does not appear to be contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Documents filed by petitioner after the closing date of this action will be disregarded and no orders will issue in response to future filings. Petitioner's August 28, 2014 filing (ECF No. 75) will be placed in the court file and disregarded.

IT IS SO ORDERED.

DATED: September 4, 2014.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE